PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

__WESTERN DISTRICT OF TEXAS__

## Report on Offender Under Supervision

Name of Offender:  Rafael Borrego                                   Case Number:   5:20-CR-00497-OA

Name of Sentencing Judicial Officer:   Honorable Janis Graham Jack, Senior United States District Judge

Date of Original Sentence:   March 5, 2018

Original Offense:   Transportation of an Undocumented Alien, in violation of Title 8 U.S.C. §§1324(a)(I)(A)(ii) and 1324(a)(I)(A)(v)(II) and 1324 (a)(1)(B)(ii)

Original Sentence:   Thirty (30) months imprisonment, three (3) years supervised release, and $100 special assessment

Type of Supervision: Supervised Release        Date Supervision Commenced:   March 13, 2020

### PREVIOUS COURT ACTION

On September 03, 2020, a Court Order was signed by the Honorable Janis Graham Jack, in the Southern District of Texas – Corpus Christi Division, indefinitely postponing residential substance abuse treatment and counseling.

On October 28, 2020, jurisdiction was transferred from the Southern District of Texas – Corpus Christi Division to the Western District of Texas – San Antonio Division.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 2:** You must not unlawfully possess a controlled substance. |
| | **Mandatory Condition No. 3:** You must refrain from the unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | On May 11, 2021, Mr. Borrego tested positive for methamphetamine. Additionally, the specimen was confirmed positive for methamphetamine by Alere Toxicology Services, Inc. |

Rafael Borrego
5:20-CR-00497-UA
July 7, 2021
Page 2

**U.S. Probation Officer Action:** Rafael Borrego has a criminal history category of III, a history of substance abuse to include marijuana, cocaine, and methamphetamine, and he currently attends substance abuse treatment through Lifetime Recovery Outpatient Services. In addition, Mr. Borrego attends medication monitoring through the Center for Health Care Services, to address his mental health needs.

On January 8 and 11, 2018, while on pretrial supervision, Mr. Borrego tested positive for methamphetamine. As a result, on February 8, 2018, he was arrested and remained in custody until sentencing. At the inception of supervised release, Mr. Borrego enlisted his attorney to petition the Court and request his condition to participate in residential substance abuse treatment be remitted; however, the Court denied the petition and signed an order to postpone the condition indefinitely.

Given Mr. Borrego's return to illegal drug use; namely: methamphetamine, it is believed the condition for residential substance abuse treatment is appropriate at this time. If the Court concurs, Mr. Borrego will be referred to the Lifetime Recovery Residential Treatment Facility.

Approved:                                          Respectfully submitted,

*Stephen Gray*                                     *Kimberley A. Turner*

Stephen L. Gray                                    Kimberley A. Turner
Supervising U.S. Probation Officer                 U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5331               Telephone: (210) 472-6590, Ext. 5351
                                                   Date: July 7, 2021

cc:   Sarah Wannarka
      Assistant U.S. Attorney

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

---

☒ Approved as submitted.

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

_____
U.S. District Judge

July 9, 2021
Date